**Catherine E. SCHWARZ**

v.

**COASTAL RESOURCES MANAGEMENT COUNCIL, State of Rhode Island, et al.**

No. 80–10–M.P.

Supreme Court of Rhode Island.

Feb. 28, 1980.

Catherine E. Schwarz, pro se.

 

Goldman & Biafore, Dennis H. Esposito, Providence, for respondent.

Bruce G. Pollock, Asst. Public Defender, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is denied.